■ ROBERT SILVERSTEIN, Appellant, v IMPERIUM PARTNERS GROUP, LLC, et al., Respondents. [3 NYS3d 593]—

Orders, Supreme Court, New York County (Melvin L. Schweitzer, J.), entered January 29, 2014, and November 14, 2013, which granted defendants' respective motions to dismiss the complaint as against them, unanimously affirmed, with costs.

Plaintiff may not invalidate his release of all claims against defendant Imperium Specialty Finance Fund, L.P. and its "officers, managers, directors, agents and employees" (i.e., defendants the Imperium entities and John Michaelson) on the ground that it was procured by fraud, since the same allegations of fraud were the subject of the release (*see Centro Empresarial Cempresa S.A. v América Móvil, S.A.B. de C.V.*, 17 NY3d 269, 276 [2011]; *Kafa Invs., LLC v 2170-2178 Broadway LLC*, 114 AD3d 433 [1st Dept 2014], *lv denied* 24 NY3d 902 [2014]; *Aurateq Sys. Intl., Inc v Marvisi*, 119 AD3d 402 [1st Dept 2014]).

Plaintiff failed to state claims for aiding and abetting fraud (*see Oster v Kirschner*, 77 AD3d 51, 55 [1st Dept 2010]), aiding and abetting breach of fiduciary duty (*see Kaufman v Cohen*, 307 AD2d 113, 125 [1st Dept 2003]), and tortious interference with contract (*see Lama Holding Co. v Smith Barney*, 88 NY2d 413, 424 [1996]) against WeiserMazars. Finally, plaintiff's allegations failed to support a claim for accountant malpractice. Concur—Mazzarelli, J.P., Friedman, Sweeny, Gische and Kapnick, JJ.